# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00382-CV

## In re G. P.

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).  Real party in interest the Department of Family and Protective Services' motion to dismiss is also dismissed as moot.

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Smith

Filed:   October 13, 2021